# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kathleen Noftle | ) | Case No. |
| | ) | 19-MJ-5276-JGD |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 13-15, 2017__ in the county of __Middlesex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 843(a)(3) | Diversion of a Controlled Substance |
| 18 U.S.C. § 1365(a)(4) | Tampering with a Consumer Product |

This criminal complaint is based on these facts:

See the attached Affidavit of Resident Agent in Charge Robert J. Bosken, U.S. Department of Veterans Affairs, Office of Inspector General, in Support of a Complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Robert J. Bosken, Resident Agent in Charge
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/17/2019

*Judge's signature*

City and state: Boston, Massachusetts          Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*