UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 19-CR-10420-NMG |
| | ) | |
| KATHLEEN NOFTLE | ) | |

**MOTION TO MODIFY CONDITIONS OF
RELEASE TO PERMIT OUT OF STATE TRAVEL**

Now comes the Defendant, Kathleen Noftle, by her attorney, and hereby requests that this Honorable Court modify the conditions of release and permit her to travel to Florida.

Ms. Noftle was released on conditions by this Court on September 18, 2019. One of those conditions included that her travel be restricted to the New England States.

Ms. Noftle is seeking permission to travel to Florida for a family vacation during the first week of March.

Defense Counsel has conferred with the Probation Department and the Government. The Government does not object to this request. The Probation Department reports that Ms. Noftle is in compliance with the requirements of her supervision. We request that the Probation Department be authorized to coordinate the exact timing of the trip, including when she departs, where she stays, and when she returns, directly with Ms. Noftle.

                                                KATHLEEN NOFTLE
                                                By her attorney

                                                */s/ Jessica P. Thrall*
                                                Jessica P. Thrall
                                                Federal Defender Office
                                                51 Sleeper Street, 5th Floor
                                                Boston, MA 02210
                                                617 – 223 – 8061

CERTIFICATE OF SERVICE

  I, Jessica P. Thrall, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 8, 2020.

                */s/ Jessica P. Thrall*
                Jessica P. Thrall